IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**WILLIE CLINTON,** *et al.* **PLAINTIFFS**

v.      CASE NO. 2:20-CV-00106-BSM

**CITY OF WEST MEMPHIS, ARKANSAS,** *et al.* **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 20th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE